# NO. 12-17-00357-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SHERRY BROCKWAY, AS NEXT FRIEND OF JOHN TRAVIS LITTLE, APPELLANT* | § | *APPEAL FROM THE 402ND* |
| | § | *JUDICIAL DISTRICT COURT* |
| *V.* | | |
| *ALETA LITTLE AND MIKE LITTLE, APPELLEES* | § | *WOOD COUNTY, TEXAS* |

---

### MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellant, Sherry Brockway, as next friend of John Travis Little, perfected her appeal on November 13, 2017. On January 10, 2018, this Court notified Appellant that the reporter's record was due on January 22 and the court reporter requested an extension of time to file the record, citing non-payment of the required preparation fee. The notice further stated that the appeal would be submitted on the clerk's record alone unless proof of full payment to the reporter was received by this Court no later than January 22. Appellant did not respond to this Court's notice and, on February 6, the reporter notified this Court that payment arrangements had not been made. Thus, on February 7, this Court ordered that the appeal would be submitted without a reporter's record.

On February 27, the trial court clerk notified this Court that no payment arrangements had been made for the clerk's record. That same day, we notified Appellant that the clerk's record was due on or before February 21 and the clerk requested an extension of time to file the record, citing non-payment of the required preparation fee. We further notified Appellant that the appeal would be presented to the Court for dismissal unless proof of full payment to the clerk was provided no later than March 9, 2018.

This deadline has now passed and Appellant has not established indigence, paid, or made arrangements to pay, the fee for preparation of the clerk's record. *See* TEX. R. APP. P. 20.1, 35.3(a)(2), 37.3(b). Nor has she otherwise responded to this Court's February 27 notice. Accordingly, we ***dismiss*** the appeal for ***want of prosecution***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered March 21, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 21, 2018**

**NO. 12-17-00357-CV**

**SHERRY BROCKWAY, AS NEXT FRIEND OF JOHN TRAVIS LITTLE,**
Appellant
V.
**ALETA LITTLE AND MIKE LITTLE,**
Appellees

Appeal from the 402nd District Court
of Wood County, Texas (Tr.Ct.No. 2015-268)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*